No. 1031. LACK *v.* WESTERN LOAN & BUILDING CO. ET AL. April 23, 1945. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied.

*Mr. Henry S. Dottenheim* for petitioner.  *Mr. George A. Critchlow* for respondents.